**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| BARBARA JENKINS, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 3:19-cv-00175-N |
| v. | § | |
| | § | |
| I.Q. DATA INTERNATIONAL, INC. | § | |
| Defendant | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: February 19, 2019            Respectfully submitted,

s/Russell S. Thompson IV
Russell S. Thompson IV
Thompson Consumer Law Group, PLLC
5235 E Southern Ave, D106-618
Mesa, AZ 85206
Telephone:    (602) 388-8898
Facsimile:    (866) 317-2674
rthompson@ThompsonConsumerLaw.com
Attorneys for Plaintiff

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 19, 2019, the foregoing Notice Of Settlement was filed electronically with the Clerk of the U.S. District Court for the Northern District of Texas, Dallas Division, using the Court's CM/ECF system.  I further certify that on February 19, 2019, a copy of the foregoing Motion was served on Defendant via U.S. mail as follows:

I.Q. Data International, Inc.
c/o Corporation Service Company
211 E. 7th St. Ste. 620
Austin, TX 78701

                                                /s/Russell S. Thompson IV
                                                Russell S. Thompson IV