IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BARBARA JENKINS, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 3:19-cv-00175-N |
| v. | § | |
| | § | |
| I.Q. DATA INTERNATIONAL, INC. | § | |
| Defendant | § | |

## NOTICE OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff submits this notice of dismissal prior to the service of any answer or motion for summary judgment by any defendant. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff gives notice that this civil action is hereby dismissed with prejudice, and without fees or costs to any party.

Dated: April 18, 2019

Respectfully submitted,

s/Russell S. Thompson IV
Russell S. Thompson IV
Thompson Consumer Law Group, PLLC
5235 E Southern Ave, D106-618
Mesa, AZ 85206
Telephone:   (602) 388-8898
Facsimile:   (866) 317-2674
rthompson@ThompsonConsumerLaw.com
Attorneys for Plaintiff

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2019, the foregoing Notice Of Dismissal was filed electronically with the Clerk of the U.S. District Court for the Northern District of Texas, Dallas Division, using the Court's CM/ECF system. I further certify that on April 18, 2019, a copy of the foregoing Motion was served on Defendant via U.S. mail as follows:

I.Q. Data International, Inc.
c/o Corporation Service Company
211 E. 7th St. Ste. 620
Austin, TX 78701

/s/Russell S. Thompson IV
Russell S. Thompson IV